

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 9 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GARDEN CITY BOXING CLUB, INC., as Broadcast Licensee of the September 14, 2002, De La Hoya/Vargas Event, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **B-04-145** |
| 1) JOANN CRISTINA ZEPEDA, Individually and d/b/a LOS INDIOS SPORTS BAR a/k/a LOS INDIOS BAR; and 2) EDUARDO ZEPEDA, JR., Individually and d/b/a LOS INDIOS SPORTS BAR a/k/a LOS INDIOS BAR, | § § § § § § § § | |
| Defendants. | § § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

The following is a list of all persons or entities known to have a financial interest in the outcome of this case:

1. Garden City Boxing Club, Inc.
   2380 S. Bascom Avenue, Suite 100
   Campbell, California 95008

2. Secure Signal, Inc.
   1515 South Federal Highway,
   Suite 211
   Boca Raton, Florida 33432

3. Michael A. Metzner, P.A.
   1515 South Federal Highway,
   Suite 211
   Boca Raton, Florida 33432

4.  Korn, Bowdich & Diaz, L.L.P.
    4221 Avondale Ave.
    Dallas, Texas 75219

5.  Joann Cristina Zepeda
    733 Eistetter
    Laredo, Texas 78040

6.  Eduardo Zepeda, Jr.
    733 Eistetter
    Laredo, Texas 78040

Respectfully submitted,

By: *[signature: Andrew R. Korn]*
ANDREW R. KORN
State Bar No. 11683150
Southern District Bar No. 13801
Attorney-in-charge

KORN, BOWDICH & DIAZ, L.L.P.
4221 Avondale Ave.
Dallas, Texas 75219
(214) 521-8800 - Telephone
(214) 521-8821 – Telecopy
www.kbdtexas.com

ATTORNEYS FOR PLAINTIFF
GARDEN CITY BOXING CLUB, INC.