# RETURN OF SERVICE

DATE 9-16-04

Service of the Summons and complaint was made by me[1]

NAME OF SERVER (PRINT) SanTiago CRUZ

TITLE PRIVATE PROCESS SERVER

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. AT 3040 ST ISSAC LP -

Name of person with whom the summons and complaint were left: AdulFA RAMIREZ

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

TRAVEL         SERVICES $65 —         TOTAL $65 —

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9-16-04
Date

Signature of Server
*[signature: Santiago Cruz]*

Address of Server
8133 TARA LP,
LAREDO, TEXAS

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.