IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 5 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GARDEN CITY BOXING CLUB, INC., as Broadcast Licensee of the September 14, 2002, De La Hoya/Vargas Event, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. B-04-144 |
| 1) ALEJANDRA PALOS, Individually and d/b/a WHO'S THERE SPORTS BAR; and 2) AIDA GABRIELA AGUILAR, Individually and d/b/a WHO'S THERE SPORTS BAR, | § § § § § § | |
| Defendants. | § § | |

### AFFIDAVIT OF SERVICE

STATE OF TEXAS          §
                        §
COUNTY OF Webb          §
                        §

BEFORE ME, the undersigned authority, on this day personally appeared Santiago Cruz, who is personally known to me or presented a valid drivers' license to verify his identity, and who, after first being duly sworn under oath, deposes and states as follows:

1. "My name is Santiago Cruz, I am more than 21 years of age, of sound mind and competent to make this Affidavit. I am authorized to serve process. I have personal knowledge of the facts stated in this affidavit and the facts stated in this affidavit are true and correct. I am not a party to, nor do I have any interest in, the outcome of this case. I am familiar with the Federal Rules of Civil Procedure and other rules and statutes relating to service

of summons and writs.

2.  I was the private process server in this case who served Defendant Aida Gabriela Aguilar, individually and d/b/a Who's There Sports Bar ("Defendant"). On **September 16**, 2004, at **3:55 P**.m., I delivered the following documents to Defendant: (1) *Summons*; (2) *Plaintiff's Original Complaint*; (3) *Civil Cover Sheet*; and (4) *Plaintiff's Certificate of Interested Persons*.

_____
SANTIAGO CRUZ
Printed Name

SUBSCRIBED AND SWORN TO BEFORE ME, an officer authorized to administer oaths, on this the **17th** day of **September** 2004, to certify which witness my hand and official seal.

_____
Notary Public in and for the State of Texas

My Commission Expires:
**01-29-2005**

**Diana L. Espinola**
Printed Name of Notary Public



DIANA L ESPINOLA
NOTARY PUBLIC
State of Texas
Comm. Exp. 01-29-2005

**AFFIDAVIT OF SERVICE**
n:\901298\Service [SS# 02-0914DV-TX-127]

Page 2