**RETURN OF SERVICE**

DATE 9-15-04

United States District Court
Southern District of Texas
FILED
OCT 2 5 2004
Michael N. Milby
Clerk of Court

Service of the Summons and complaint was made by me[1]

NAME OF SERVER (PRINT) Santiago Cruz

TITLE Private Process Server

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

TRAVEL          SERVICES $65 -          TOTAL $65 -

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9-15-04
Date

Signature of Server

8733 Tara Lp.
Laredo, Texas 78045

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.