IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 6 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., § <br> as Broadcast Licensee of the § <br> September 14, 2002, De La Hoya/Vargas Event, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> 1) JOANN CRISTINA ZEPEDA, Individually § <br> and d/b/a LOS INDIOS SPORTS BAR a/k/a § <br> LOS INDIOS BAR; and § <br> 2) EDUARDO ZEPEDA, JR., Individually and § <br> d/b/a LOS INDIOS SPORTS BAR a/k/a LOS § <br> INDIOS BAR, § <br> § <br> Defendants. § | Civil Action No. B-04-145 |

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

TO THE CLERK OF THE NORTHERN DISTRICT:

COMES NOW, Plaintiff Garden City Boxing Club, Inc. ("Plaintiff") and pursuant to FED. R. CIV. P. 55(a), files *Plaintiff's Request for Entry of Default* requesting the Clerk to enter the default of Defendants 1) Joann Cristina Zepeda, individually and d/b/a Los Indios Sports Bar a/k/a Los Indios Bar; and 2) Eduardo Zepeda, Jr., individually and d/b/a Los Indios Sports Bar a/k/a Los Indios Bar (collectively "Defendants"):

PROCEDURAL HISTORY

1. On August 19, 2004, Plaintiff filed its *Complaint* (the "Complaint") against Defendants.

2. On October 25, 2004, Plaintiff filed two *Returns of Service* indicating that Defendants (individually and doing business as Los Indios Sports Bar a/k/a Los Indios Bar) were personally served with the *Summons* and *Complaint* on September 15, 2004, at 733 Eistetter, Laredo, Texas 78040.

3. Pursuant to FED. R. CIV. P. 12, Defendants were required to answer or otherwise respond to the Complaint within twenty days after service of the Summons and Complaint. Therefore, Defendants' deadline to file an answer or other responsive pleading was October 6, 2004. To date, Defendants have not answered, or otherwise appeared in this action.

## AUTHORITY

4. Pursuant to FED. R. CIV. P. 55(a), "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided in these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default."

5. This *Request for Entry of Default* is supported by the *Affidavit of Andrew R. Korn*, which is attached hereto as Exhibit "A."

6. For the reasons presented in this *Request for Entry of Default*, Plaintiff requests the Clerk to enter Defendants' default.

Respectfully submitted,

By: /s/ Andrew R. Korn

Andrew R. Korn
State Bar No. 11683150
Southern District Bar No. 13801

KORN, BOWDICH & DIAZ, L.L.P.
4221 Avondale Avenue
Dallas, Texas 75219
(214) 521-8800 – Telephone
(214) 521-8821 – Telecopy
www.kbdtexas.com

ATTORNEYS FOR PLAINTIFF
GARDEN CITY BOXING CLUB, INC.

## CERTIFICATE OF SERVICE

Pursuant to FED. R. CIV. P. 5(b) and Southern District of Texas Local Rule 5.5, I certify that a copy of this document was served on the 29th day of November, 2004 as follows:

| | |
|---|---|
| Joann Cristina Zepeda<br>Individually and d/b/a<br>Los Indios Sports Bar a/k/a Los Indios Bar<br>733 Eistetter<br>Laredo, Texas 78040 | VIA U.S. CERTIFIED MAIL<br>RRR# 7003 3110 0000 8801 5296 |
| Eduardo Zepeda, Jr.<br>Individually and d/b/a<br>Los Indios Sports Bar a/k/a Los Indios Bar<br>733 Eistetter<br>Laredo, Texas 78040 | VIA U.S. CERTIFIED MAIL<br>RRR# 7003 3110 0000 8801 5302 |

DEFENDANTS

By: /s/ Andrew R. Korn
ANDREW R. KORN