# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GARDEN CITY BOXING CLUB, INC., as Broadcast Licensee of the September 14, 2002, De La Hoya/Vargas Event, | § § § § | |
| Plaintiff, | § § | |
| v. | § | Civil Action No. B-04-145 |
| 1) JOANN CRISTINA ZEPEDA, Individually and d/b/a LOS INDIOS SPORTS BAR a/k/a LOS INDIOS BAR; and 2) EDUARDO ZEPEDA, JR., Individually and d/b/a LOS INDIOS SPORTS BAR a/k/a LOS INDIOS BAR, | § § § § § § § § | |
| Defendants. | § § | |

## AFFIDAVIT OF ANDREW R. KORN

STATE OF TEXAS       §
                     §
COUNTY OF DALLAS     §

BEFORE ME, the undersigned authority, on this day personally appeared Andrew R. Korn, who is personally known to me or presented a valid Texas drivers license to verify his identity, and who, after first being duly sworn under oath, deposes and states as follows:

1. "My name is Andrew R. Korn, I am more than 21 years of age; I am of sound mind; and I am competent to make this Affidavit and to testify to the matters stated herein.

2. The statements contained herein are true and correct and within my personal knowledge as an attorney licensed to practice law in the State of Texas, as an attorney representing Plaintiff Garden City Boxing Club, Inc. ("Plaintiff") and/or from a review of the Court's docket sheet in this action.

AFFIDAVIT OF ANDREW R. KORN                                                    Page 1
n:\901299\pdg\Affidavit-Korn (default) [SS# 02-0914DV-TX-128]

3.    As of the date of this affidavit, Defendants have not served any answer or other responsive pleading to Plaintiff.

4.    Defendants are not believed to be a minor, incompetent or on active duty in the military service of the United States of America.

_Andrew R. Korn_
ANDREW R. KORN

SUBSCRIBED AND SWORN TO BEFORE ME, an officer authorized to administer oaths, on the 23rd day of November, 2004, to certify which witness my hand and official seal.



_Catherine Barrera-Austin_
Notary Public, in and for the State of Texas

My Commission Expires:
08·13-08

_Catherine Barrera-Austin_
Printed Name of Notary Public