IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GARDEN CITY BOXING CLUB, INC., <br> as Broadcast Licensee of the <br> September 14, 2002, De La Hoya/Vargas Event, <br><br> Plaintiff, <br><br> v. <br><br> 1) JOANN CRISTINA ZEPEDA, Individually <br> and d/b/a LOS INDIOS SPORTS BAR a/k/a <br> LOS INDIOS BAR; and <br> 2) EDUARDO ZEPEDA, JR., Individually and <br> d/b/a LOS INDIOS SPORTS BAR a/k/a LOS <br> INDIOS BAR, <br><br> Defendants. | § § § § § § § § § § § § § § § § § | Civil Action No. B-04-145 |

### ENTRY OF DEFAULT

Garden City Boxing Club, Inc. ("Plaintiff") requested that default be entered against Defendants 1) Joann Cristina Zepeda, individually and d/b/a Los Indios Sports Bar a/k/a Los Indios Bar; and 2) Eduardo Zepeda, Jr., individually and d/b/a Los Indios Sports Bar a/k/a Los Indios Bar (collectively "Defendants"). From the record and the Court's file in this action, Defendants have failed to appear, plead, or otherwise defend this action.

Therefore, pursuant to FED. R. CIV. P. 55(a)(1), default is entered against Defendants.

Dated this _____ day of November, 2004.

UNITED STATES DISTRICT CLERK
SOUTHERN DISTRICT OF TEXAS

By:_____
Deputy Clerk