**Exhibit "C":**   Default Judgments from other anti-piracy cases in the Federal District Courts for the Southern District of Texas.

| No. | Judge | Judgment Amount | Interest | Date Entered |
|---|---|---|---|---|
| 1 | Hon. Nancy Atlas | $127,979.32 | * | Oct. 15, 1998 |
| 2 | Hon. Nancy Atlas | $44,023.70 | 3.76% | June 5, 2001 |
| 3 | Hon. Randy Crane | $20,750.00 | 1.13% | May 29, 2003 |
| 4 | Hon. Randy Crane | $25,000.00 | * | July 9, 2004 |
| 5 | Hon. Marcia Crone | $19,000.00 | 1.55% | Oct. 8, 2002 |
| 6 | Hon. Marcia Crone | $18-28K per Defendant | | June 19, 1998 |
| 7 | Hon. Vanessa Gilmore | $22,000.00 | 1.17% | April 2, 2004 |
| 8 | Hon. Vanessa Gilmore | $20,000.00 | 1.30% | March 7, 2003 |
| 9 | Hon. Melinda Harmon | $111,050.00 | | Dec. 5, 2002 |
| 10 | Hon. Melinda Harmon | $61,050.00 | | May 2, 2003 |
| 11 | Hon. Ricardo Hinojosa | $14,000.00 | | Sept. 30, 1999 |
| 12 | Hon. David Hittner | $42,500.00 | | Nov. 30, 2001 |
| 13 | Hon. David Hittner | $274,365.75 | | Nov. 13, 1996 |
| 14 | Hon. David Hittner | $61,500.00 | 1.32% | Feb. 10, 2003 |
| 15 | Hon. Ken. Hoyt | $238,250.00 | 1.76% | Oct. 20, 2002 |
| 16 | Hon. Ken. Hoyt | $173,302.83 | 3.56% | Aug. 8, 2001 |
| 17 | Hon. Ken. Hoyt | $62,500.00 | 1.33% | April 28, 2003 |
| 18 | Hon. Lynn N. Hughes | $20,550.00 | 2.11% | Nov. 8, 2001 |
| 19 | Hon. Sim Lake | $32,000.00 | 1.41% | April 22, 2004 |
| 20 | Hon. John Rainey | $23,000.00 | 1.88% | Aug. 2, 2002 |
| 21 | Hon. John Rainey | $28,000.00 | 1.08% | June 13, 2003 |
| 22 | Hon. John Rainey | $85,000.00 | | March 11, 1998 |
| 23 | Hon. Lee Rosenthal | $82,500.00 | 2.28% | March 12, 2002 |
| 24 | Hon. Hilda Tagle | $128,222.28 | * | July 11, 2002 |
| 25 | Hon. Hilda Tagle | $122,047.72 | * | Jan. 25, 2002 |
| 26 | Hon. Filemon Vela | $16,406.57 | 4.918% | March 25, 1999 |