IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
District of Texas

DEC 2 0 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., § <br> as Broadcast Licensee of the § <br> September 14, 2002, De La Hoya/Vargas Event, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> 1) JOANN CRISTINA ZEPEDA, Individually § <br> and d/b/a LOS INDIOS SPORTS BAR a/k/a § <br> LOS INDIOS BAR; and § <br> 2) EDUARDO ZEPEDA, JR., Individually and § <br> d/b/a LOS INDIOS SPORTS BAR a/k/a LOS § <br> INDIOS BAR, § <br> § <br> Defendants. § | Civil Action No. B-04-145 |

## AMENDED
## AFFIDAVIT OF SERVICE

STATE OF TEXAS §
§
COUNTY OF WEBB §

BEFORE ME, the undersigned authority, on this day personally appeared Santiago Cruz, who is personally known to me or presented a valid drivers' license to verify his identity, and who, after first being duly sworn under oath, deposes and states as follows:

1. "My name Santiago Cruz, I am more than 21 years of age, of sound mind and competent to make this Affidavit. I am authorized to serve process. I have personal knowledge of the facts stated in this affidavit and the facts stated in this affidavit are true and correct. I am not a party to, nor do I have any interest in, the outcome of this case. I am familiar with the Federal Rules of Civil Procedure and other rules and statutes relating to service of summons and writs.

2.   I was the private process server in this case who served Defendant Eduardo Zepeda, Jr., individually and d/b/a Los Indios Sports Bar a/k/a Los Indios Bar ("Defendant"). On September 15, 2004, at 1:40 p.m., I delivered the following documents to Defendant: (1) *Summons*; (2) *Plaintiff's Original Complaint*; (3) *Civil Cover Sheet*; (4) *Plaintiff's Certificate of Interested Persons*; and (5) *Order for Conference and Disclosure of Interested Parties* at 733 Eistetter, Laredo, Texas 78040.

Served at
733 EISTETTER
LAREDO, TEXAS 78040

_____
Santiago Cruz

SANTIAGO CRUZ
Printed Name

SUBSCRIBED AND SWORN TO BEFORE ME, an officer authorized to administer oaths, on this the 30th day of November 2004, to certify which witness my hand and official seal.

_____
Notary Public in and for the State of Texas

My Commission Expires:
01-29-2005

Diana Espinola
Printed Name of Notary Public



DIANA ESPINOLA
MY COMMISSION EXPIRES
January 29, 2005