IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 6 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GARDEN CITY BOXING CLUB, INC., as Broadcast Licensee of the September 14, 2002, De La Hoya/Vargas Event, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. B-04-145 |
| 1) JOANN CRISTINA ZEPEDA, Individually and d/b/a LOS INDIOS SPORTS BAR a/k/a LOS INDIOS BAR; and 2) EDUARDO ZEPEDA, JR., Individually and d/b/a LOS INDIOS SPORTS BAR a/k/a LOS INDIOS BAR, | § § § § § § § § | |
| Defendants. | § | |

## ENTRY OF DEFAULT

Garden City Boxing Club, Inc. ("Plaintiff") requested that default be entered against Defendants 1) Joann Cristina Zepeda, individually and d/b/a Los Indios Sports Bar a/k/a Los Indios Bar; and 2) Eduardo Zepeda, Jr., individually and d/b/a Los Indios Sports Bar a/k/a Los Indios Bar (collectively "Defendants"). From the record and the Court's file in this action, Defendants have failed to appear, plead, or otherwise defend this action.

Therefore, pursuant to FED. R. CIV. P. 55(a)(1), default is entered against Defendants.

Dated this ___6___ day of ~~November~~ December, 2004.

UNITED STATES DISTRICT CLERK
SOUTHERN DISTRICT OF TEXAS

By:_____
Deputy Clerk

ENTRY OF DEFAULT
n:/901299/7/pdg/Default-Entry [SS# 02-0914DV-TX-128]

Solo Page