Case 1:04-cv-00145    Document 12    Filed in TXSD on 01/19/2005

United States District Court
Southern District of Texas
ENTERED

JAN 1 9 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC. § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action B-04-145 |
| § | |
| JOANN CRISTINA ZEPEDA, individually § | |
| and d/b/a LOS INDIOS SPORTS BAR § | |
| a/k/a LOS INDIOS BAR; and EDUARDO § | |
| ZEPEDA, JR., individually and d/b/a § | |
| LOS INDIOS SPORTS BAR § | |
| a/k/a  LOS INDIOS BAR, § | |
| § | |
| Defendants. § | |

### ORDER

BE IT REMEMBERED that on January 19, 2005, the Court **CANCELLED** the initial pretrial conference set to occur before this Court on January 24, 2005, at 9:30 a.m.

On August 18, 2004, plaintiff Garden City Boxing Club, Inc. ("plaintiff"), filed suit against defendants alleging violations of the Federal Communication Act of 1934, mainly 47 U.S.C. §§ 553, 605 [Dkt. No. 1]. Two days later, on August 20, this Court ordered the parties to appear on January 24, 2005, at 9:30 a.m. for an initial pretrial conference [Dkt. No. 3]. On October 25, 2004, plaintiff filed its return of service receipts demonstrating that the defendants were personally served on September 15 [Dkt. Nos. 5, 6, & 7]. On December 6, plaintiff applied to the Clerk of Court for entry of default [Dkt. No. 8] and motioned this Court for default judgment against the defendants [Dkt. No. 9]. These two actions are still pending. The defendants, however, have failed to file anything with this Court. Therefore, an initial pretrial conference would be of little use at this juncture.

1

Accordingly, it is hereby **ORDERED** that the initial pretrial conference set to occur with the above parties before this Court on January 24, 2005, at 9:30 a.m., is **CANCELLED**. The parties will be notified if a subsequent conference is scheduled.

DONE at Brownsville, Texas, this 19th day of January, 2005.

_____
Hilda G. Tagle
United States District Judge