UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Garden City Boxing Club, Inc., as Broadcast Licensee of the September 14, 2002, De La Hoya/Vargas Event | § § § § § § § § § § § § § |
| v. | CIVIL ACTION NUMBER B-04-145 |
| (1) Joann Cristina Zepeda, individually and d/b/a Los Indios Sports Bar a/k/a Los Indios Bar; and (2) Eduardo Zepeda, Jr., individually and d/b/a Los Indios Sports Bar a/k/a Los Indios Bar | |

United States District Court
Southern District of Texas
FILED

JUN 29 2006

Michael N. Milby
Clerk of Court

## ABSTRACT OF JUDGMENT

| | |
|---|---|
| Date Judgment Entered: | February 23, 2005 |
| Judgment in Favor of: | Plaintiff, Garden City Boxing Club, Inc. |
| Judgment Against: | (1) Joann Cristina Zepeda, individually and d/b/a Los Indios Sports Bar a/k/a Los Indios Bar; and (2) Eduardo Zepeda, Jr., individually and d/b/a Los Indios Sports Bar a/k/a Los Indios Bar |
| Amount of Judgment: | $13,500.00 |
| Amount of Costs: | $0.00 |
| Rate of Interest: | 2.96                                         % |
| Amount of Credits Since Judgment: | $0.00 |
| Amount Due: | TOTAL |

The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the Southern District of Texas, in the above-captioned case.

MICHAEL N. MILBY, Clerk

DATED: 6-29-06            By: /s/ Billie Vasquez
                              Deputy Clerk

Andrew R. Korn, Esq.
Korn, Bowdich & Diaz, L.L.P.
4221 Avondale Avenue
Dallas, Texas 75219
(214) 521-8800

N //901299